**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PATRICIA A. SCOTT,

        Plaintiff,

vs.                                         Case No. 3:08-cv-228-J-32MCR

FLORIDA DEP'T OF EDUCATION,
THE DIVISION OF VOCATIONAL
REHABILITATION,

        Defendant.

## ORDER

This case came before the Court on *pro se* plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 6), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge directed plaintiff to provide additional information regarding her financial status and to file an amended complaint to address deficiencies with her original complaint. See Order, Doc. 7. Plaintiff filed an Amended Complaint (Doc. 8) (styled as a motion to amend complaint). Upon review of these filings, the Magistrate Judge issued a Report and Recommendation on May 9, 2008 recommending that the motion to proceed *in forma pauperis* be denied and that her complaint, as amended, be dismissed without prejudice (Doc. 9). Plaintiff filed objections to the Report and Recommendation (styled as a motion to object), in which she asked the Court to permit her case to go forward, claiming she has been treated unfairly and that her civil rights have been violated under the Americans With Disabilities Act of 1990 (Doc. 10).

Upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 9), it is hereby

**ORDERED**:

1. Plaintiff's Objections to the Report and Recommendation (Doc. 10) are **OVERRULED** (and her motion to object is therefore denied).

2. The Report and Recommendation (Doc. 9) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

3. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 6) is **DENIED**.

4. This case is dismissed without prejudice to plaintiff filing a paid complaint. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 29th day of May, 2008.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

pro se plaintiff